UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANDRO CLAROS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RON BLOOMFIELD, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-03922-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 10 |

Plaintiff's original civil rights complaint was dismissed with leave to amend. Plaintiff has filed a motion stating that he does not intend to file an amended complaint, which the court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). Plaintiff's motion (Dkt. No. 10) is **GRANTED** and this case is **DISMISSED** without prejudice. The Clerk is requested to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: October 25, 2022

JAMES DONATO
United States District Judge